1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION          *E-FILED - 11/8/06*

12  QUINTEN MELAND,                )
                                   )
13       Plaintiff,                )   CIVIL NO.  06-03441 RMW
                                   )
14       v.                        )   STIPULATION AND ORDER OF REMAND
                                   )
15  JO ANNE B. BARNHART,           )
    Commissioner of Social Security,)
16                                 )
         Defendant.                )
17  _____)

18       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that this action be remanded to the defendant Commissioner pursuant to

20  sentence four of 42 U.S.C. Section 405(g) for further proceedings

21       Upon remand, the Administrative Law Judge (ALJ) will be directed to issue a fully favorable

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  decision, finding that Plaintiff was disabled as of his alleged onset date, January 1, 2001.

5  Dated: October 17, 2006                              /s/
                                                        TERRY LAPORTE
6                                                       Attorney for Plaintiff

8                                                       KEVIN V. RYAN
                                                        United States Attorney

12 Dated: October 17, 2006                    By:       /s/
                                                        SARA WINSLOW
13                                                      Assistant United States Attorney

15 PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g) and that the ALJ issue a fully favorable decision.

20 Dated: 11/8/06                                       /S/ RONALD M. WHYTE
                                                        RONALD M. WHYTE
                                                        United States District Judge

MELAND, S4 (ks)
C 06-03441 RMW                          2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUINTEN MELAND,<br><br>  Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 06-03441 RMW<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction and that the ALJ shall issue a fully favorable decision as set forth in the parties' Stipulation of Remand, filed herein.  This constitutes a final judgment under Fed.R.Civ.Proc. 58.

Dated: 11/8/06

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge